ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

MAUREEN C. BESSETTE (CABN 165775)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Maureen.Bessette@usdoj.gov

Attorneys for United States of America

**FILED**

Jun 23 2023

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAYMOND A. RODRIGUEZ, <br><br> Defendant. | CASE NO. 4:23-mj-70938-MAG <br><br> NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

    Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on June 21, 2023, the above-named defendant was arrested pursuant to an arrest warrant (copy attached) issued upon an

    ☐    Indictment

    ☐    Information

    ☐    Criminal Complaint

    x    Other (describe)    Probation Violation Petition

pending in the    Eastern    District of California, Case Number 2:23-CR-00116-KJM.

    In that case (copy of probation violation attached), the defendant is charged violating the terms of his supervised release, in violation of 18 U.S.C. § 3606.

v. 7/10/2018

Description of Charges: <u>The probation officer has charged that the defendant has violated the following conditions of supervision:</u>

- Charge 1: New law violation – On April 1, 2023, defendant was arrested and charged in Alameda County with Burglary, California Penal Code (CAPC) § 459, Battery Against Spouse/Cohabitant, CAPC § 243(E)(1), and Vandalism, CAPC § 594(A).
- Charge 2: Failure to notify of Law Enforcement Contact: On April 1, 2023, defendant was arrested by San Leandro Police Department and did not notify probation within 72 hours of arrest.

The maximum penalties are as follows: 3 years imprisonment.

Respectfully Submitted,

ISMAIL J. RAMSEY
UNITED STATES ATTORNEY

Date: June 23, 2023

　　　　　//s//
MAUREEN C. BESSETTE
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

USA ,

v.

RAYMOND A. RODRIGUEZ ,

Case No: 2:23-CR-00116-KJM

USMS SACRAMENTO RCVD
MAY 2 2023 AM 8:47

## WARRANT FOR ARREST

TO: THE UNITED STATES MARSHAL
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST:** Raymond A. Rodriguez

and bring him or her forthwith to the nearest United States magistrate judge to answer a(n)

### Probation Violation Petition

charging him or her with *(brief description of offense)*

### Violation of Supervised Release

in violation of Title __18__   United States Code, Section(s)   __3606__

J. Donati
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

5/2/23        Sacramento, CA
Date and Location

Bail fixed at   **NO BAIL**        by   **Chief District Judge Kimberly J. Mueller**

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

Date Received _____        Name and Title of Arresting Officer _____

Date of Arrest _____        Signature of Arresting Officer _____

# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition For Warrant or Summons For Person Under Supervision

**Name of Person Under Supervision:** Raymond A. Rodriguez     **Docket Number:** 0972/2:23CR00116-01

**Name of Judicial Officer:** Chief United States District Judge Kimberly J. Mueller

**Date of Original Sentence:** 2/4/2022

**Original Offense:** 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition (CLASS C FELONY)

**Original Sentence:** 30 months custody of the Bureau of Prisons, 36-month term of Supervised Release, DNA Collection, Firearm Restriction, Mandatory Drug Testing, $100 Special Assessment

**Special Conditions:**

1. Pay Special Assessment
2. Outpatient Mental Health Treatment and Aftercare Co-payment
3. DNA Collection
4. Search Condition (Expanded)
5. Drug/Alcohol Testing
6. Abstain from Alcohol

**Type of Supervision:** TSR

**Date Supervision Commenced:** 3/8/2023

**Other Court Actions:**

**05/01/2023:** Transfer of Jurisdiction from the Northern District of California, docket 4:21CR00184-01) to the Eastern District of California. Case assigned to Chief United States District Judge Kimberly J. Mueller.

RE: **Raymond A. Rodriguez**                                          Docket Number: 0972/2:23CR00116-01

## PETITIONING THE COURT

☒ **TO ISSUE A NO BAIL WARRANT. THIS PETITION IS TO BE SEALED UNTIL FURTHER ORDER OF THE COURT.**

The probation officer alleges the Person Under Supervision has violated the following condition(s) of supervision:

**Charge Number**     **Nature of Violation**

**Charge 1:**         **NEW LAW VIOLATION**

On April 1, 2023, Mr. Rodriquez was arrested and later charged in Alameda County District Superior Court Docket 23-CR003206 with a violation of California Penal Code (CAPC) Section 459-Burglary, a felony, CAPC 243(E)(1) Battery Against Spouse/Cohabitant, a misdemeanor, and CAPC 594(A) Vandalism, a misdemeanor. This is in violation of the Mandatory Condition which states, *"The defendant shall not commit another federal, state, or local crime."*

**Charge 2:**         **FAILURE TO NOTIFY OF LAW ENFORCEMENT CONTACT**

On April 1, 2023, Mr. Rodriguez was arrested by the San Leandro Police Department and did not notify the Probation Officer within 72 hours of his arrest. This is in violation of Standard Condition Number 10, which states, *"If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours."*

**Justification:** On April 1, 2023, officers from the San Leandro Police Department responded to a call for service at a residential home. Upon arrival, officers believed a home invasion robbery had occurred as the front door of the home had significant damage and appeared to have been kicked in. Thus, a perimeter was established.

Through a review of multiple reports and supplemental reports (2023-00011433) witnesses and victims reported the following. Raymond Rodriquez arrived at the residence to contact his girlfriend. He broke through the closed, locked front door, knocking down a 72-year-old male victim who was attempting to keep the front door closed. The male victim reported after forcing his way into the residence, Rodriquez grabbed a female victim by the hair and pulled her out of bed. Rodriguez and the female victim were later heard arguing in the garage area. As officers approached, Rodriguez fled. He refused to follow officer commands, ran through back yards, jumping fences, and ultimately moving across roof tops before falling onto a vehicle, causing significant damage. Thereafter, he actively fought with officers, thrashing, and swinging his arms and legs, he was aggressive and attempted to escape all while yelling profanities at the officers. Multiple officers were needed to gain control and ultimately a wrap was used so he would not hurt himself of others. Rodriguez remained uncooperative while in the patrol vehicle and at one point, appeared to go unconscious. Concerned about a possible overdose, officers attempted to administer Narcan; however, he pulled away from officers and leading officers to believe he was not in distress. It was determined an

RE: Raymond A. Rodriguez                                   Docket Number: 0972/2:23CR00116-01

ambulance was needed to ensure he could be safely transported to the hospital for medical assessment. He was released from the hospital, and he was later booked into the Santa Rita County Jail. Thereafter, he was released from custody and did not notify the Probation Officer within 72 hours.

The same day, officers interviewed the female victim who reported the following. She was in a dating relationship with Rodriguez, and he did not reside with her. She stated on the morning in question, she awoke to care for her granddaughter. Rodriquez arrived shortly thereafter and began yelling at her. She did not know he had forced entry into the home. She soon became uncooperative with officers and later refused to allow the crime scene technician to document her injuries.

I contacted the Alameda County District Attorney's Office who provided the following case number and charges. Rodriguez is charged in Docket 23-CR003206 with a violation of CAPC 459-Burglary, a felony, CAPC 243(E)(1) Battery Against Spouse/Cohabitant, a misdemeanor, and CAPC 594(A) Vandalism, a misdemeanor. His next Court appearance is scheduled for June 1, 2023.

**Detention:** Mr. Rodriguez released from the custody of the Bureau of Prisons on March 8, 2023, following his conviction for being a Felon in Possession of a Firearm and Ammunition. Within 30 days of release from custody, he was arrested for a violent felony that involved breaking into the victim's home and thereafter fleeing from and violently fighting the police. Mr. Rodriguez has a violent and patterned criminal history dating back to his juvenile years and includes, but is not limited to, burglary, obstruct a police officer, and felony assault with a deadly weapon to name a few. For these reasons, I believe Mr. Rodriguez is both a risk of flight and a danger to the community. I respectfully recommend a warrant be issued and the Mr. Rodriguez be detained until resolution of the violation proceedings.

**I declare under penalty of perjury that the following is true and correct.**

**EXECUTED ON:**   May 1, 2023
Modesto, California
LW/lr

Respectfully submitted,

*Laura Weigel*

Laura Weigel
Supervising United States Probation Officer
Telephone: (209) 549-2817

**DATED:**   5/1/2023

Reviewed by,

*Lonnie E. Stockton*

Lonnie E. Stockton
Supervising United States Probation Officer

RE: **Raymond A. Rodriguez**　　　　　　　　　　Docket Number: 0972/2:23CR00116-01

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ The issuance of a no bail warrant pending hearing. This Petition is sealed until further order of the court.

☐ The issuance of a summons.

☐ Other:

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

☐ Defendant is ordered detained, to be brought before District Judge forthwith.

☒ Initial appearance and detention hearing before Magistrate Judge.

DATED: May 1, 2023

_____
CHIEF UNITED STATES DISTRICT JUDGE

cc:　　United States Probation

　　　　United States Marshal Service

RE: **Raymond A. Rodriguez**  Docket Number: 0972/2:23CR00116-01

# STATEMENT OF EVIDENCE OF ALLEGED SUPERVISED RELEASE VIOLATIONS

Honorable Kimberly J. Mueller
Chief United States District Judge
Sacramento, California

                RE:    Rodriguez, Raymond A
                      **Docket Number:** 0972/2:23CR00116-01

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Person Under Supervision.

**Charge 1:**    **NEW LAW VIOLATION**
      a. **Evidence:**

           i. San Leandro Police Department Report Number 2023-00011433.

      b. **Witnesses:**

           i. San Leandro Police Department Officers will testify to the contents of their reports.

**Charge 2:**    **FAILURE TO NOTIFY OF LAW ENFORCEMENT CONTACT**
      a. **Evidence:**

           i. San Leandro Police Department Report Number 2023-00011433.

      b. **Witnesses:**

           i. Supervising United States Probation Officer Laura Weigel and United States Probation Officer Kendall Millhouse will testify Mr. Rodriguez failed to report his law enforcement contact.

RE: Raymond A. Rodriguez								Docket Number: 0972/2:23CR00116-01

Respectfully submitted,

*Laura Weigel*

**Laura Weigel**
**Supervising United States Probation Officer**
Telephone: (209) 549-2817

**DATED:**   5/1/2023
			Modesto, California

Reviewed by,

*Lonnie E. Stockton*

**Lonnie E. Stockton**
**Supervising United States Probation Officer**

RE: **Raymond A. Rodriguez**          Docket Number: **0972/2:23CR00116-01**

# REVOCATION GUIDE – SUPERVISED RELEASE

**Name of Person Under Supervision:** Raymond A. Rodriguez     **Docket Number:** 0972/2:23CR00116-01

**Date of Original Offense:** 1/13/2021

**Original term of supervised release imposed: 3 years**

**Highest grade of violation alleged: B**

**Criminal History Category of person under supervision: IV**

**Original guideline range: 37 to 46 months.**

**Chapter 7 range of imprisonment: 12 to 18 months.**

**Maximum term on revocation - 18 USC 3583(e)(3):**

☒     **Class C and/or D felony - 2 years**

**Violation requires mandatory revocation: YES: ☐  NO: ☒**

**Original offense committed on or after 04/30/2003**: Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above. There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges. Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:** Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of: 1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing. If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:** Title 18 USC 3583(g) amended and instructs that supervision be revoked for: Testing positive for illegal controlled substances more than three times over the course of one year.